## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHONY AMADO | : | JURY DEMANDED |
| Plaintiff, | : | |
| v. | : | No.   20-2105 |
| TARGET DISTRIBUTION CENTER AND TARGET CORPORATION | : | |
| Defendants | : | |

## STIPULATION

Plaintiff, Anthony Amado ("Plaintiff") and Defendants, Target Distribution Center and Target Corporation, by and through their undersigned attorneys, hereby stipulate and agree to dismiss the above captioned matter with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. This Court will retain jurisdiction for purposes of interpreting and enforcing the settlement agreement. The Clerk of Court shall CLOSE this case. All parties will bear their own costs.

  s/ Graham F. Baird  
Graham F. Baird, Esquire  
Law Office of Eric A. Shore, P.C.  
Attorney for Plaintiff, Anthony Amado

  s/ Katelyn W. McCombs  
Katelyn W. McCombs, Esq.  
Robert W. Cameron, Esq.  
Littler Mendelson, P.C.  
Attorneys for Defendant

**BY THE COURT:**

**/s/ Christopher C. Conner**  
United States District Judge  
Middle District of Pennsylvania